(No. 6207—

MOBIL OIL CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, VARIOUS AGENCIES, Respondent.

*Opinion filed April 18, 1972.*

GIFFIN, WINNING, LINDNER, NEWKIRK AND COHEN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

407

PERLIN, C.J.